■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC GODFREY, Appellant. [37 NYS3d 903]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Brennan, J.), imposed December 11, 2013, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid, as the record fails to establish that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (*see People v Bradshaw*, 18 NY3d 257, 267 [2011]; *People v Johnson*, 109 AD3d 1004 [2013]). Thus, the waiver does not preclude review of this excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Leventhal, Cohen, LaSalle and Barros, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN LEE, Appellant. [37 NYS3d 895]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 13, 1989 (*People v Lee*, 155 AD2d 556 [1989]), affirming a judgment of the Supreme Court, Kings County, rendered October 15, 1987.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Cohen, Barros and Connolly, JJ., concur.